# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KLEDAN INVESTMENTS, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY, <br><br> Defendant. | Case No. 20-CV-53-CVE-FHM |

## OPINION AND ORDER

Defendant's Motion for Extension of Time, [Dkt. 28], and Plaintiff's response, [Dkt. 30] are before the undersigned United States Magistrate Judge. for decision.

Defendant requests an extension of time to November 1, 2020 in which to exchange its expert identification and reports for retained experts.  The court finds that the extension should be and is hereby granted.  In addition, Plaintiff is granted until November 13, 2020 to take the depositions of any retained experts identified by Defendant.

SO ORDERED this 6th day of October, 2020.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE